IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COOPER TECHNOLOGIES INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:06-CV-242 |
| | § | |
| THOMAS & BETTS CORP. | § | |

## VERDICT FORM

QUESTION NO. 1:

Do you find by a preponderance of the evidence that the defendant infringes, induces the infringement of, or contributes to the infringement of the asserted claims of the '103 patent? Answer "Yes" or "No" for each asserted claim.

Claim 1    Yes

Claim 2    Yes

Claim 3    Yes

QUESTION NO. 2

Do you find by a preponderance of the evidence that the defendant infringes, induces the infringement of, or contributes to the infringement of the asserted claims of the '791 patent? Answer "Yes" or "No" for each asserted claim.

| Claim | Answer |
|---|---|
| Claim 1 | NO |
| Claim 5 | NO |
| Claim 9 | NO |
| Claim 13 | NO |
| Claim 15 | NO |
| Claim 28 | NO |
| Claim 30 | NO |

} NO

QUESTION NO. 3:

Do you find by clear and convincing evidence that the asserted claims of the '103 patent are invalid because they are anticipated by the prior art?

Answer "Yes" or "No" for each asserted claim.

Claim 1   <u>Yes</u>
Claim 2   <u>Yes</u>  } Yes
Claim 3   <u>Yes</u>

## QUESTION NO. 4:

Do you find by clear and convincing evidence that the asserted claims of the '791 patent are invalid because they are anticipated by the prior art?

Answer "Yes" or "No" for each asserted claim.

| Claim | Answer |
|---|---|
| Claim 1 | Yes |
| Claim 5 | yes |
| Claim 9 | yes |
| Claim 13 | yes |
| Claim 15 | yes |
| Claim 28 | yes |
| Claim 30 | yes |

(All claims bracketed together: Yes)

QUESTION NO. 5:

Do you find by clear and convincing evidence that the asserted claims of the '103 patent are invalid because they are obvious in light of the prior art?

Answer "Yes" or "No" for each asserted claim.

Claim 1   Yes
Claim 2   Yes   } Yes
Claim 3   Yes

QUESTION NO. 6:

Do you find by clear and convincing evidence that the asserted claims of the '791 patent are invalid because they are obvious in light of the prior art?

Answer "Yes" or "No" for each asserted claim.

| Claim | Answer |
|---|---|
| Claim 1 | Yes |
| Claim 5 | Yes |
| Claim 9 | Yes |
| Claim 13 | Yes |
| Claim 15 | Yes |
| Claim 28 | Yes |
| Claim 30 | Yes |

} Yes

QUESTION NO. 7:

Do you find by clear and convincing evidence that the asserted claims of the '103 patent are invalid because the '103 patent fails to name the correct inventor(s)?

Answer "Yes" or "No."

NO

QUESTION NO. 8:

Do you find by clear and convincing evidence that the asserted claims of the '791 patent are invalid because the '791 patent fails to name the correct inventor(s)?

Answer "Yes" or "No."

 NO

If you find that the defendant has infringed any of the claims of the '103 or '791 patents and that these claims are not invalid, then answer the following question. Otherwise, do not answer the following Question. The jury foreperson should instead sign and date the Verdict Form and return it to the Security Officer.

QUESTION NO. 9:

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff as a reasonable royalty for any infringement you have found?

Answer in dollars and cents, if any, for a reasonable royalty.

Answer: _____

Signed this __11__ day of September, 2008.